**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

      Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_1st___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Hector Andres Roque     JOINT DEBTOR:_____     CASE NO.: 13-27240 BKC AJC
Last Four Digits of SS# _3391___   Last Four Digits of SS# _____
This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A. $_2832.44__ for months __1_ to _19_;
    B. $_54,704.97_ for months __20_ to _20_;
    C. $_6207.74_ for months __21_ to __60_; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _3,500 + $1800 + $3000 + $525 = $8825_ Total Paid $7435.00 Balance Due $1390 payable $13.66/month (Months _1_ to 19); $1130.44/month (Month 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
    1. Chase Home Finance                                         TPP Payment $ 3496.33 (Month 20 to 60)
Address:___ 3415 Vision Drive, Department G-7
__ Columbus, OH 43219                                            15560 SW 27 St, Miami, FL
Account No: 653201.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collate ral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank (second mortgage / final judgment ) | Debtor's non-homestead at: 15560 SW 27 St, Miami<br><br>Value of Property: $332,995.00<br><br>Value of Mortgagee's Interest in the Property:$ 0 | N/A | $0 | N/A | N/A |
| Regions Bank (third mortgage) | Debtor's non-homestead at: 15560 SW 27 St, Miami<br><br>Value of Property: $332,995.00<br><br>Value of Mortgagee's Interest in the Property:$ 0 | N/A | $0 | N/A | N/A |
| Beneficial Florida, Inc. (first mortgage / final judgment) | Debtor's non-homestead at: 3725 S Ocean Dr, Unit 721, Hollywood, FL<br><br>Value of Property: $128,180.00<br>Value of Mortgagee's Interest in the Property:$ 0 | 5.25% | $2,703.61<br>$41,345.31<br>$1332.58 | 1 to 19<br>20 to 20<br>21 to 60 | $146,017.00 |
| Regions Bank | Debtor's non-hmstd at: 3725 S Ocean Dr, | N/A | $0 | N/A | |

| (second mortgage) | Unit 721, Hollywood, FL | | | | N/A |
|---|---|---|---|---|---|
| | Value of Property: $128,180.00 Value of Mortgagee's Interest in the Property:$ 0 | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._ IRS_____                       Total Due $ 3,954.46  Payable $ ___76.32_____ /month (Months _1_ to _19_); $2504.34/month (month 20)

Unsecured Creditors: Pay $758.05 / month (Months 20 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1) Debtor is current in his payments to Venetian Isles Condo Association, Venetian Isles Master HOA, Inc. for the non-homestead property located at 15560 SW 27 St, Miami, FL 33185 and shall continue paying directly and outside the plan.
2) Debtor will treat the Miami-Dade County Tax Collector for the non-homestead property located at 15560 SW 27 St Miami, FL 33185 in the LMM program.
3) Debtor is current in his payments to Sea Air Tower Condo Association for the non-homestead property located at 3725 South Ocean Dr, Unit 721, Hollywood, FL 33079 and shall continue paying directly and outside the plan.
4) Debtor is treating the Broward County Property Taxes (POC#7-1) for the non-homestead property located at 3720 South Ocean Drive Sea Air Towers Condo directly and outside the chapter 13 plan.

5) The Debtor has filed a Verified Motion for Referral to LMM with Chase Home Finance ("Lender"), loan number __5320__, for real property located at _15560 SW 27 St, Miami, FL 33185 _. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/ Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/ permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtor, co-obligor/ co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending LMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan the (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Richard J. Adams Esq.*
Debtor: Hector Andres Roque
Date_ March 13, 2015